# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY ARDEN KIRKPATRICK,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF MARIPOSA, et al.,<br><br>Defendants. | Case No.  1:26-cv-00240-JLT-SAB<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND DENYING REQUEST TO E-FILE<br><br>(ECF Nos. 2, 4, 5) |

Plaintiff Tracy Arden Kirkpatrick filed a complaint on January 13, 2026, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  The Court was unable to determine whether Plaintiff qualified to proceed *in forma pauperis* and ordered Plaintiff to file a long form application.  (ECF No. 5.)  Plaintiff timely complied (ECF No. 5), and the Court is now able to make a determination.

Plaintiff's application demonstrates entitlement to proceed without prepayment of fees. Notwithstanding this order, the Court will not direct that service be undertaken until the Court screens the complaint and issues its screening order.

Plaintiff has also moved the Court to allow Plaintiff to e-file in this matter.  (ECF No. 4.) Essentially, Plaintiff seeks the Court's permission to file documents electronically to conserve judicial and clerical resources.

Pursuant to the Local Rules , a *pro se* party shall file and serve paper documents as required by the Rule.  Local Rule 133(a).  A party appearing *pro se* may request an exception to the paper filing requirement from the Court by filing a stipulation of the parties or by motion. Local Rule 133(b)(2), (3).  Upon review of Plaintiff's motion, the Court finds that this action does not warrant an exception to the Local Rule.

Accordingly, IT IS HEREBY ORDERED THAT:

1.  Plaintiff's application to proceed *in forma pauperis* (ECF Nos. 2, 5) is GRANTED;

2.  **Service shall not be undertaken until the Court screens the complaint in due course and issues its screening order;** and

3.  Plaintiff's motion to e-file (ECF No. 4) is DENIED.

IT IS SO ORDERED.

Dated:    **January 28, 2026**

_____
STANLEY A. BOONE
United States Magistrate Judge

2