# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

TRACY ARDEN KIRKPATRICK,

Plaintiff,

v.

COUNTY OF MARIPOSA, et al.,

Defendants.

Case No.  1:26-cv-00240-JLT-SAB

ORDER AUTHORIZING SERVICE OF COMPLAINT AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS

**DEADLINE: 30 DAYS**

On January 13, 2026, Plaintiff Tracy Arden Kirkpatrick, who is proceeding *pro se* and *in forma pauperis*, filed a complaint in this civil rights action pursuant to 42 U.S.C. § 1983.  (ECF No. 1.)  The Court has screened the complaint, 28 U.S.C. § 1915, and finds that a response is warranted from the defendants.

Accordingly, IT IS HEREBY ORDERED that:

1.      Service is appropriate for the following defendants:

**County of Mariposa**;

**Mariposa County Sheriff's Office**;

**Jeremy Briese**, in his individual and official capacity as Sheriff of Mariposa County;

**Deputy Shagner**, in his individual and official capacity;

**Deputy Epley**, in his individual and official capacity; and

**Deputy Tucker**, in his individual and official capacity.

1

2.    The Clerk of the Court shall send Plaintiff six (6) USM-285 forms, six (6) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed on January 13, 2026 (ECF No. 1);

3.    **Within thirty (30) days** from the receipt of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

a.    a completed summons for **each** defendant named above;

b.    a completed USM-285 form for **each** defendant named above; and

c.    **Seven (7) copies** of the endorsed complaint filed on January 13, 2026 (ECF No. 1);

4.    Plaintiff need not attempt service on the defendants and need not request waiver of service.  Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs;

**Plaintiff is informed that failure to comply with this order will result in a recommendation that this action be dismissed.**

IT IS SO ORDERED.

Dated:    **February 26, 2026**

_____
STANLEY A. BOONE
United States Magistrate Judge

2